William H. Harper for use of Sibley Elgot and Edmund S. Goss, trading as Elgosco Radio Company, appellee, v. Armour and Company, appellant. Gen. No. 35,879.

 Heard in the third division of this court for the first district at the April term, 1932. Opinion filed December 21, 1932.

Charles J. Faulkner, Jr., and Walter C. Kirk, for appellant. No appearance for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Charles Fransen, appellee, v. The Pennsylvania Railroad Company, appellant. Gen. No. 35,887.

 Heard in the third division of this court for the first district at the April term, 1932. Opinion filed December 21, 1932. Rehearing denied January 3, 1933.

Loesch, Scofield, Loesch & Burke, for appellant; Ernest D. MacDougall, of counsel. H. H. Patterson and Balhatchet & Best, for appellee; Edmund C. Maurer, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Irving Spitzer, trading as Wheatoast Company, appellee, v. The Quaker Oats Company, appellant. Gen. No. 35,906.

 Heard in the third division of this court for the first district at the April term, 1932. Opinion filed December 21, 1932. Rehearing denied January 3, 1933.

Harry D. Irwin and Frank C. Cleveland, for appellant; Elmer F. Deneke, of counsel. Joseph F. Charash and Oscar Wyclif Harman, for appellee.

Joseph F. Charash and Oscar Wyclif Harman, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.